AL FINK, Appellant, v. FREDERICK WAGNER and ELIZABETH STAUDERMAN, Individually and as Executors of the Estate of MARIE WAGNER, Deceased, Respondents.— Order on reargument granting the counter motion of defendants for leave to serve an amended answer upon payment of ten dollars costs affirmed, without costs, said amended answer to be served within ten days from the entry of the order herein. The defendants, by inadvertence or by mistake of law, failed in their answer to indicate specifically the items which they disputed, as required by section 255-a of the Civil Practice Act,■whereupon the plaintiff moved for summary judgment. After decision in plaintiff's favor and the entry of an order granting plaintiff's motion, the defendants obtained orders to show cause why a reargument should not be granted, and why they should not have leave to serve an amended answer. Apparently no judgment had been entered. On reargument the motion of defendants was granted. Under the circumstances we are of opinion this disposition of the matter was proper, there appearing to be merit in the defense. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

SAMUEL GOLDBERG, Appellant, v. ROSE GOLDBERG, Respondent.— Order denying motion to modify judgment affirmed. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

JOSEPH HART, Respondent, v. ANNA A. SEAMAN LYNCH, Formerly ANNA A. SEAMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

SELMA HERZOG, Respondent, v. HERMAN HERZOG, Appellant.— Order denying motion to reduce alimony affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Application of MENREAL CORPORATION, Appellant, against THE BOARD OF STANDARDS AND APPEALS OF THE CITY OF NEW YORK and Others, Respondents.— Order confirming the determination of the board of standards and appeals reversed on the law and the facts, with costs, certiorari order sustained, determination annulled, and it is directed that the respondents grant appellant's petition for a variance of the Zoning Ordinance so as to permit the building upon appellant's premises to be used as a public dance hall and for lodge and social club purposes as formerly used by appellant's predecessor in title. In our opinion, the action of the board of standards and appeals in denying appellant's petition for a variance on the ground of practical difficulties and unnecessary hardships was unreasonable and arbitrary. Lazansky, P. J., Young, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

ADAM KRASNICKI, Appellant, v. BUSINESS SECURITIES CORPORATION and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.